## Duffy *v.* Reading Company, Appellant.

Argued December 2, 1942. Before SCHAFFER, C. J.; MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

*Henry R. Heebner,* with him *Wm. Clarke Mason,* for appellant.

*James I. McCormick,* for appellee.

PER CURIAM, January 4, 1943:

This is a suit in trespass for damages for personal injuries sustained by plaintiff while a passenger on defendant's railroad. The case was tried, the jury disagreed, and the learned court below refused to enter judgment for defendant upon the whole record. This appeal followed.

We are convinced that it was necessary to submit the case to the jury, and that therefore it was proper to refuse defendant's motion.

Order affirmed.